No. 26. VERMONT LOAN & TRUST CO. *v.* GILLIS, ATTORNEY GENERAL OF IDAHO; and

No. 27. NEW WORLD LIFE INS. CO. *v.* SAME.

October 13, 1930. On consideration of stipulations in these causes, respectively, setting forth an opinion and judgment of the Supreme Court of Idaho, of July 31, 1930, in "Utah Mortgage Loan Co. *v.* W. D. Gillis," these causes, by separate orders, were reversed and remanded with directions to dismiss the bills, on the

grounds set forth in the stipulations. *Messrs. Oliver O. Haga and W. G. Graves* for appellants. *Mr. Leon M. Fisk* for appellee. Reported below: 35 F. (2d) 386.